IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.    CIVIL ACTION NO. 2:01-0299

THE BOARD OF PUBLIC WORKS OF
THE STATE OF WEST VIRGINIA, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the opinion dated April 8, 2004, the court **ORDERS** that this case be dismissed and stricken from the docket. The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER: April 9, 2004

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE